

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JEROME WEATHINGTON               DOCKET NO. 09-CV-0705; SEC. P
    BOP# 08121-028

VERSUS                                 JUDGE DEE D. DRELL

BUREAU OF PRISONS, ET AL.     MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's **FTCA claim** be and is hereby **DISMISSED** as frivolous and for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 11th day of February, 2010.

                                          DEE D. DRELL
                                  UNITED STATES DISTRICT JUDGE